No. 313. WALKER ET AL. *v.* MENSI ET AL. Argued March 17, 1931. Decided March 23, 1931. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. *Haseltine* v. *Central Bank of Springfield, Missouri* (*No. 1*), 183 U. S. 130, 131; *Louisiana Navigation Co., Ltd.,* v. *Oyster Commission,* 226 U. S. 99, 101, 102; *Northern Cedar Co.* v. *Gloyd,* 270 U. S. 625. *Mr. W. B. Rosenfield,* with whom *Mr. William P. Metcalf* was on the brief, for appellants. *Messrs. Edward B. Klewer, Hugh Stanton, L. D. Bejach,* and *Walter Chandler* were on the brief for appellees.